UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS D. ORTIZ,

                      Plaintiff,                                19 **CIVIL** 171 (LGS)

          -against-                                  **JUDGMENT**

NANCY A. BERRYHILL, Acting Commissioner
of Social Security,
                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2020, the Report is ADOPTED in its entirety as the opinion of the Court. The Commissioner of Social Security's motion is treated as a motion for summary judgment and is GRANTED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York
         August 18, 2020

                                                             **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                          **BY:**
                                                              **Deputy Clerk**